TRICIA BARON, Plaintiff, v RICHARD J. GRANT, Appellant, and FIRST UNION AUTO FINANCE, INC., Respondent.

Submitted April 28, 2008; decided October 28, 2008

Motion for leave to appeal dismissed upon the ground that movant has failed to show that the order sought to be appealed from is final as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (3).

SALLY ANN BLAZYNSKI et al., Appellants, v A. GARELECK & SONS, INC., et al., Respondents, et al., Defendants.

Submitted July 28, 2008; decided October 28, 2008

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed Supreme Court's order denying appellants' motion for leave to renew, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.